**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Stephanie MOHR, Defendant— Appellant.**

No. 07–7526.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 16, 2009.

Decided: Oct. 27, 2009.

Barry Coburn, Jeffrey Carll Coffman, Coburn & Coffman, PLLC, Washington, D.C.; Rachel Marblestone Kamins, Bennett & Bair, LLC, Greenbelt, Maryland, for Appellant. Chan Park, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephanie Mohr seeks to appeal the district court's order denying relief on her 28 U.S.C.A. § 2255 (West Supp.2009) motion and denying her motion to amend. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Mohr has not made the requisite showing. Accordingly, we deny a certificate of appealability and dis-

miss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*